# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN SOENEN, | No. 4:20-CV-01297 |
| Plaintiff, | (Judge Brann) |
| v. | |
| KEANE FRAC, LP, | |
| Defendant. | |

## ORDER

**AND NOW**, this 4th day of June 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Keane's motion to dismiss (Doc. 12) is **GRANTED**.

2. Plaintiff may file an amended complaint by June 18, 2021. If no amended complaint is filed by that date, the action will be summarily dismissed pursuant to Fed. R. Civ. P. 41(b).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge